

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,144-03

### IN RE JAKE BRADLEY McLEMORE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 10259B IN THE 90th DISTRICT COURT
### FROM YOUNG COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 90th District Court of Young County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Young County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order which designates issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that

Relator has not filed an application for a writ of habeas corpus in Young County. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: October 23, 2019
Do not publish